UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                            Cr. No. 92-81058
                                         Hon. Matthew F. Leitman

v.

D-21 RONALD HUNTER,

      Defendant.
_____/

## **ORDER TO SEAL**

Defendant having moved to seal Defendant's Exhibits to his Motion for Compassionate Release, be sealed until further Order of the Court to protect the confidentiality of the Defendant's medical and other confidential information and the Court having been duly advised in the premises and supporting Authority:

IT IS HEREBY ORDERED that Defendant's Exhibits to his Motion for Compassionate Release shall be filed by the Clerk under seal.

                                               /s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated:  January 5, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 5, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>
Case Manager<br>
(810) 341-9764