January 5, 2021

The Honorable Matthew F. Leitman
United States District Judge
Federal Building and U.S. Courthouse
600 Church Street, Room 125
Flint, MI 48502

Dear Judge Leitman,

     First, I would like to say thank you for taking the time to read this letter and for considering the release of Mr. Ronald Hunter. I guess I am aging myself because I was one of Mr. Hunter's teenage league football coaches. He was a talented youngster with great potential, but unfortunately ended up on the wrong side. I watched him grow into a young adult and tried my best to steer him straight. I have kept in touch with Mr. Hunter over the years and continued to try and guide him. I must say he opened up tremendously after a few years of incarceration. Today he is a man that I can say I am proud of because he has accepted responsibility for his misconduct and has stayed out of trouble while being inside. We have had great conversations and leaps of maturity over the years. It amazes me sometimes how far he has come. He tells me that he mentors the fellas that he is incarcerated with and that makes him feel good and useful.

     I am here to support Mr. Hunter should he be released.  I can help him get to and from any doctors appointments he has to ensure that his health will get stronger, offer him employment with my lawn and snow removal company (Alexander's Total Lawn Care Service), provide financial help, and above all keep him on the right path. I thank you for your time.

              Regards,

              Daryl Alexander

January 2, 2021

The Honorable Matthew F. Leitman
United States District Judge
Federal Building and US Courthouse
600 Church Street, Room 125
Flint, MI 48502

Dear Judge Leitman,

      My name is Lawrence Johnson. I am writing on behalf of Mr. Ronald Hunter, whom I have known and been friends with since childhood. When I learned that Mr. Hunter filed a motion that may enable him to come home, I immediately wanted to help. I communicate with Mr. Hunter at least once a month and have for over two decades. Over this time, I have been able to witness him change. He accepts responsibility for his actions and shows great remorse. He has bettered himself inside through classes and books and has become a mentor for others. He has definitely matured and has a whole new outlook on life. The time has changed him, as it does all things and people.

      Had he remained the same person he was all those years ago, I probably would not have continued the friendship and support. I myself have matured over the years as well. I'm in the real estate investment industry where I own multi-family units in and around the Detroit area. I own and operate the units; therefore, I will be able and willing to provide Mr. Hunter with employment with my company on our maintenance team, and I am also willing to help him procure a trade, which can take him further with the company.

      I have a vacant condo on Orleans St., outside of downtown Detroit where Mr. Hunter can stay. I own the unit and have since 2015. Nobody is using it at this time. I will take care of the utilities and expenses and provide a phone line for his Probation contact.

      In addition to offering a place to stay and a job, I can offer Mr. Hunter my full-throated support as he reenters society. I will hold him accountable at work and with whatever the court requires him to do. I am willing and able to support Mr. Hunter's return in any way I can. I pledge to be a great friend and to ensure that he is always in compliance with his release. I hope that this letter will shed some light on his support.

Thank you for your time,


Lawrence Johnson
Metro Real Estate Holdings LLC

January 6, 2021

The Honorable Matthew F. Leitman
United States District Judge
Federal Building and US Courthouse
600 Church Street, Room 125
Flint, MI 48502

Dear Judge Leitman,

     I am writing this to support of the release of my friend Ronald Hunter. Ronald and I go back a long way, growing up in the same neighborhood. We have both been through ups and downs in our life and at this point looking forward to more ups. I pray that Ronald will be released. I have all faith that he will do good in society and try to right his wrongs. I know he is sorry for his past and wishes he could change it. He has grown into a more thoughtful and caring person. He has kept some friendships for long time because people saw the change in him. His religious beliefs are strong, and he is determined to take the right path.

     He will need employment and support should he be released, and I am offering him both. I am the owner of a tow truck company called Hubble's Towing and Snow Removal and will be happy to put him to work with the team. I am willing to help him financially to get set up and try to make things easier for him. He has health issues that are also concerning. I understand that he must stay compliant with his probation terms and I will be a part of ensuring he does.

     As a friend of his, I thank you for the consideration of his release. He has a good support system with his friends and family, and he expresses a real feeling of accepting responsibility for his actions and a promise to continue a path of righteousness.

Respectfully,

Anthony Robinson

January 2, 2021

The Honorable Matthew F. Leitman

United States District Judge

Federal Building and US Courthouse

600 Church Street, Room 125

Flint, MI 48502

Dear Judge Leitman:

I write to you on behalf of Mr. Ronald Hunter, whom I have known since he was in his late teens. I am a bit older that Mr. Hunter and I saw him heading down the wrong path those decades ago. Speaking with him over the many years he has been incarcerated, I have noticed a significant change in him. He has matured, perhaps as we all do, and he accepts responsibility to all his wrong doings, and shows empathy for the pain he has caused. Our conversations always hinge on the fact that back in the day I would try to get him to change his behavior and how he now understands that I was only trying to help him. As an old timer, he has become a mentor in prison and tells me that he echoes to the younger inmates the same things that I was telling him years ago. He always thanks me and we share a laugh.

Since he has been away, he has continued to work on his relationship with his family and children, and has stayed in touch with the friends that support him. I am willing to support Mr. Hunter in his return to society. Things are different, and he will need that support. I can offer him employment in my Detroit restaurant, financial assistance if he needs it, and continued guidance to the right path. I feel that he listens to me now and retains all that I have shared.

His health is a concern and being able to take care of himself and follow health guidelines in prison during this pandemic is partly what urges me to write this correspondence. He has my continued support either way.

Sincerely,

Alvin Taylor

Mandees Grill