UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

Ronald Hunter,

        Defendant.

_____/

Case No. 92-cr-81058

Hon. Matthew F. Leitman

## **INDEX OF EXHIBITS**

Exhibit A – Judgment

Exhibit B – Hunter BOP Medical Records <u>(Filed Under Seal)</u>

Exhibit C – BOP Discipline