```
   CSTAA         *        INMATE DISCIPLINE DATA         *     12-07-2020
 PAGE 001        *    CHRONOLOGICAL DISCIPLINARY RECORD   *     13:44:31          001

 REGISTER NO: 22594-039 NAME..: HUNTER, RONALD
 FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 12-07-2020

 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 3286931 - SANCTIONED INCIDENT DATE/TIME: 08-02-2019 1400
 UDC HEARING DATE/TIME: 08-05-2019 1220
 FACL/UDC/CHAIRPERSON.: PEK/IOWA/Y SMILEY
 REPORT REMARKS.......: ADMITTED TO NOT CHECKING IN WITH STAFF WHEN HE HEARD HIS
                        NAME CALLED OF INTERCOM-THOUGHT IT WAS OTHER GUY
    316  BEING IN UNAUTHORIZED AREA - FREQ: 1
         LP PHONE    / 10 DAYS / CS
                   FROM: 08-05-2019  THRU: 08-14-2019
             COMP:     LAW:    10 DAYS LOSS OF PHONES
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 3284701 - SANCTIONED INCIDENT DATE/TIME: 07-29-2019 1205
 UDC HEARING DATE/TIME: 07-30-2019 0820
 FACL/UDC/CHAIRPERSON.: PEK/IOWA/Y SMILEY
 REPORT REMARKS.......: DENIED REFUSING THE ORDERS OF STAFF TO LEAVE THEIR OFFIC
                        -COMPOUND CALLED TO REMOVE INMATE
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP COMM     / 15 DAYS / CS
                   FROM: 07-30-2019  THRU: 08-13-2019
             COMP:     LAW:    15 DAYS LOSS OF COMMISSARY
         LP EMAIL    / 15 DAYS / CS
                   FROM: 07-30-2019  THRU: 08-13-2019
             COMP:     LAW:    15 DAYS LOSS OF EMAIL
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 3146867 - SANCTIONED INCIDENT DATE/TIME: 07-17-2018 0645
 DHO HEARING DATE/TIME: 07-25-2018 0925           DHO REPT DEL: 11-02-2018 0830
 FACL/CHAIRPERSON.....: PEK/DELOIA
 REPORT REMARKS.......: INMATE ADMITS TOUCHING A STAFF MEMBERS HAND
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SN1 RFP: D
         LP COMM    / 60 DAYS / CS
                   FROM: 07-25-2018  THRU: 09-22-2018
             COMP:     LAW:    60 DAYS LOSS OF COMMISSARY
         LP VISIT   / 60 DAYS / CS
                   FROM: 07-25-2018  THRU: 09-22-2018
             COMP:     LAW:    60 DAYS LOSS OF VISITS
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 1669154 - SANCTIONED INCIDENT DATE/TIME: 11-20-2007 0810
 UDC HEARING DATE/TIME: 11-21-2007 1244
 FACL/UDC/CHAIRPERSON.: THP/D/E/BASKERVILL
 REPORT REMARKS.......: INMATE TO LOSE HIS UNIT ORDERLY JOB
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LOSE JOB    / CS
             COMP:     LAW:    SANTIONED TO PROMOTE FUTURE POSITIVE BEHAVIOR




 G0002       MORE PAGES TO FOLLOW . . .
```

GOVERNMENT EXHIBIT
C.

```
   CSTAA           *        INMATE DISCIPLINE DATA           *    12-07-2020
 PAGE 002          *     CHRONOLOGICAL DISCIPLINARY RECORD   *    13:44:31      002

REGISTER NO: 22594-039 NAME..: HUNTER, RONALD
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 12-07-2020

UDC HEARING DATE/TIME: 11-21-2007 1244 REPORT 1669154 CONTINUED
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LOSE JOB   / CS
        COMP:     LAW:    SANCTIONED TO PROMOTE FUTURE POSITIVE BEHAVIOR
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1513264 - SANCTIONED  INCIDENT DATE/TIME: 09-15-2006 1151
DHO HEARING DATE/TIME: 09-26-2006 1500
FACL/CHAIRPERSON.....: THP/KILLION, V
REPORT REMARKS.......: N/A
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:S   DIS GCT
        DS         / 30 DAYS / CS
        COMP:     LAW:    DIS SEG
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1427339 - SANCTIONED  INCIDENT DATE/TIME: 01-27-2006 0925
DHO HEARING DATE/TIME: 02-24-2006 1320
FACL/CHAIRPERSON.....: THP/KILLION, V
APPEAL CASE NUMBER(S): 408689
REPORT REMARKS.......: N/A
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DIS GCT    / 40 DAYS / CS
        COMP:010 LAW:S   DIS GCT
        DS         / 30 DAYS / CS
        COMP:     LAW:    DIS SEG
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1098156 - SANCTIONED  INCIDENT DATE/TIME: 04-25-2003 1000
DHO HEARING DATE/TIME: 04-30-2003 1332
FACL/CHAIRPERSON.....: BMP/SHEFFER R
REPORT REMARKS.......: INMATE DENIED HAVING INTOXICANTS IN HIS CELL
   222  POSSESSING INTOXICANTS - FREQ: 1
        LP COMM    / 90 DAYS / CC
        COMP:     LAW:    90 DAYS LOSS OF COMMISSARY TO RUN CONCURRENT WITH
                          PRESENT LOSS
        LP PHONE   / 90 DAYS / CC
        COMP:     LAW:    90 DAYS LOSS OF TELEPHONE TO RUN CONCURRENT WITH
                          PRESENT LOSS
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1092905 - SANCTIONED  INCIDENT DATE/TIME: 04-08-2003 1945
UDC HEARING DATE/TIME: 04-11-2003 1400
FACL/UDC/CHAIRPERSON.: BMP/F/B/MCGEHEE M
REPORT REMARKS.......: IR #'S 299 & 306 REMOVED AND FOUND GUILTY OF INSOLENCE.
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP VISIT   / 20 DAYS / CS
        COMP:     LAW:    LOSS OF PRIVILEGES BEGINNING 4-12-03


    G0002       MORE PAGES TO FOLLOW . . .
```

```
   CSTAA          *       INMATE DISCIPLINE DATA        *    12-07-2020
PAGE 003 OF 003 *    CHRONOLOGICAL DISCIPLINARY RECORD  *    13:44:31       003

REGISTER NO: 22594-039 NAME..: HUNTER, RONALD
FUNCTION...: PRT      FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 12-07-2020

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1079283 - SANCTIONED INCIDENT DATE/TIME: 02-25-2003 1905
DHO HEARING DATE/TIME: 03-17-2003 1024
FACL/CHAIRPERSON.....: BMP/SHEFFER R
REPORT REMARKS.......: INMATE ADMITTED TO POSSESSING A WEAPON
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DS         / 15 DAYS / CS
         COMP:    LAW:    15 DAYS DISCIPLINARY SEGREGATION AS TIME SERVED
         DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:    30 DAYS DISCIPLINARY SEGREGATION SUSPENDED FOR 180
                          DAYS
         LP COMM    / 90 DAYS / CS
         COMP:    LAW:    LOSE COMMISSARY FROM 3-17-03 TO 6-15-03
         LP PHONE   / 90 DAYS / CS
         COMP:    LAW:    LOSE TELEPHONE FROM 3-17-03 TO 6-15-03
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 998027 - SANCTIONED  INCIDENT DATE/TIME: 06-04-2002 2225
DHO HEARING DATE/TIME: 06-11-2002 1430
FACL/CHAIRPERSON.....: POL/WHITE M
REPORT REMARKS.......: INMATE ADMITTED FIGHT BUT DID NOT USE LOCK IN SOCK-JUST
                       DISPLAYED IN WHEN TOLD ABOUT A SHANK TO BE INVOLVED
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DS         / 15 DAYS / CS
         COMP:    LAW:    CREDIT GIVEN FOR TIME SERVED
         DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DS         / 15 DAYS / CS
         COMP:    LAW:    CREDIT GIVEN FOR SOME TIME SERVED
                          SHU RELEASE 6-17-2002
         DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:




   G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```