United States District Judge
Federal Building and U.S Courthouse
600 Church st. room 125
Flint Mi. 48502

Dear Judge Leitman

Hello my name is Clementine Smith. I'm Ronald Hunter's auntie and I recently learned that he is seeking compassionate release from you and wanted to write a letter to you so that you know he has ample family support. My nephew is not the same person he was more than 20 years ago. He has used his time in custody wisely. He learned to read, got a GED, and is a mentor. He is a better person. If Ronald is released, he can count on his family for love, support, and guidance.

Thank you for your time and consideration

Sincerely

Clementine Smith

 Laura Mazor <laura.mazor@gmail.com>

## (no subject)
1 message

**Tanisha Simmons** <XXXXXXXXXX>  Wed, Jan 27, 2021 at 7:35 PM
To: "Laura.mazor@gmail.com" <Laura.mazor@gmail.com>

United States District Judge
Federal Building and U.S Courthouse
600 Church st. room 125
Flint Mi. 48502

Dear Judge Leitman
Hello my name is Tanisha Simmons,
I'm Ronald Hunter's cousin and I recently learned that he is seeking release from you and I wanted to write a letter to you so that you know he has alot of family support. Ronald Hunter is not the same man he once was. He has spent the last 23 year reflecting on his wrongs and becoming a better person. If Ronald is released he will have family members who love him very much and will support him to the fullest. We all will welcome him home with open arms and do everything we can to support him.

Thank you,
Sincerely
Tanisha Simmons