UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                  Case No. 92-cr-81058
                                  Hon. Matthew F. Leitman

RONALD HUNTER,

    Defendant.

_____/

## ORDER TERMINATING DEFENDANT'S MOTIONS (ECF Nos. 944, 950) AS MOOT

Defendant Ronald Hunter is a federal prisoner in the custody of the Federal Bureau of Prisons. On March 4, 2021, the Court granted Hunter's motion for compassionate release. (*See* Order, ECF No. 975.) In light of that order, the Court **TERMINATES AS MOOT AND WITHOUT PREJUDICE** (1) Hunter's motion for a reduced sentence (ECF No. 944) and (2) Hunter's motion supplemental motion for a reduced sentence (ECF No. 950).

    **IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  March 5, 2021

2

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 5, 2021, by electronic means and/or ordinary mail.

                                         s/Holly A. Monda
                                         Case Manager
                                         (810) 341-9764