| | |
|---|---|
| **From:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **To:** | Palazzolo, Sandy (USAMIE) |
| **Subject:** | Monica Johnson (Letter from her Daughter) |
| **Date:** | Monday, April 19, 2021 8:47:16 AM |

Dear USDOJ,

I write this letter in hopes that the United States Justice System does everything in its power to continue to keep the man that murdered my mother, Monica Johnson, almost 30 years ago behind bars for the rest of his life. When I received your call the afternoon of Thursday, April 15, 2021, I was overwhelmed with emotion as I could not believe there was a chance the murderer would be a free man. When I was 7 years old, this cold-blooded killer took the most important person away from my siblings and I right after Christmas for an eighth of a kilo of cocaine. Due to the actions of this murderer, I did not experience what most would consider the typical normal childhood. My mother was not around for celebratory moments such as my school field trips, Graduations, Proms, Wedding, or the birth of my twins. On that December night, this murderer decided he could play God, take my mother's life, where was his compassion for her and her children. It is an injustice that he would even attempt to try for a compassionate release during this Pandemic where there are other non-violent offenders with serious health issues that I'm sure have not been granted a compassionate release. That just goes to show how selfish of an individual he continues to be and confirms that he is not as rehabilitated. It should also be noted that he murdered my mother following an escape from a parole camp. This is interesting because what is stopping him from being released and continuing his cold-blooded murderous ways if he were a free man? If he committed murder for an eight of a kilo of cocaine in 1992, I'm sure he'd be easily persuaded to continue where he left off so that he can "get back on his feet" following a release. He is a danger and will continue to be a danger to society if given an opportunity to be released from prison.

Monica Johnson is my Mommy Angel and I know she continues to protect me from dangers seen and unseen as I go through life, I still miss her dearly.  Although I have been through counseling and worked on my healing there is still a piece of me missing. I watch my oldest brother never really be able to love and trust anyone because his heart was torn apart that night our mother was taken from us.  Our mother was my youngest brothers' only parent because his dad had already been taken from him before he was born.  Knowing there is the potential for the murdered to be released from prison has opened the wound created almost 30 years ago. Therefore, I am vehemently opposed to the man who killed my mother, Monica Johnson, being released from prison. He should complete his sentence of being incarcerated for the rest of his life.