|  |  |
|---|---|
| **From:** | ▇▇▇▇▇▇▇ |
| **To:** | Palazzolo, Sandy (USAMIE) |
| **Subject:** | Rejecting Hunter release |
| **Date:** | Sunday, April 18, 2021 4:19:28 PM |

Dear Attorney Sandy Palazzo

My ▇▇▇▇▇▇▇▇ called me last week to inform me the man that murdered my ▇▇▇ is up for compassionate release. Let me be clear I am adamantly against the court granting him compassionate release on any grounds including Covid.

This man killed five people in a short killing rampage. The compassionate release program for Covid was meant for nonviolent offenders not cold-blooded murder. Since the government has released criminals for Covid the news has reported at least two murderers released for Covid compassionate release came out of prison and murdered again.  I believe Mr Hunter will murder again also.

I believe Mr. Hunter is a manipulative criminal that is trying to take advantage of the system.  He has been in prison 30 years participating in deviant behavior and has done nothing good with his time. This man has changed the dynamics of my family and never reached out to apologize or show any remorse.  He is manipulating and trying to use Covid as a get out of jail free card. He has not tried to earn compassionate release before Covid. Which proves he has not redeemed himself and his prison record proves it.  He has multiple infractions while Incarcerated, this man is a sociopath with no regards for rules or regulations.

He killed my ▇▇▇ and many others and he glorified this behavior with a tattoo on his arm that says headhunter. My ▇▇▇ was 22 years old when she died, with little children. My family has raised her three children since they were young and they have few memories of their mother. These now young adults suffer tremendously living without their mom. Let this animal wear his glorified tattoo in jail for the rest of his life like my ▇▇▇ and ▇▇▇▇ have to suffer without their mom for the rest of their life.

I do believe there are multiple other nonviolent offenders that could benefit from the Covid compassionate release program and will return to society and do well, Mr Hunter just is not one of them.

Sincerely ▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
If additional information is needed please feel free to contact via email or ▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇