# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 01, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

              Re:  Case No. 21-1275, *USA v. Ronald Hunter*
                     Originating Case No. : 2:92-cr-81058-21

Dear Ms. Essix,

  Enclosed is a copy of the mandate filed in this case.

                                                        Sincerely yours,

                                                        s/Divya Kumar
                                                        For Sharday Swain, Case Manager

cc:  Mr. Andrew Goetz
      Ms. Stephanie Franxman Kessler
      Mr. Benton C. Martin
      Ms. Laura Danielle Mazor
      Ms. Courtney Millian
      Mr. Michael L. Waldman
      Mr. Xiao Wang

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-1275

_____

Filed: December 01, 2021

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

RONALD HUNTER

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 08/30/2021 the mandate for this case hereby issues today.

 COSTS: None