UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D21, RONALD HUNTER,

    Defendant.

Case No. 92-cr-81058-21
Hon. Matthew F. Leitman

_____/

### ORDER GRANTING DEFENDANT'S MOTION TO STRIKE (ECF No. 990) AND DENYING MOTION FOR ENTRY OF A WRIT CONFIRMING THE NATURE OF DEFENDANT'S CONVICTION (ECF No. 1025)

Now pending before the Court are two motions. The Court resolves them as follows:

1. Defendant's motion to strike letters to the Court is GRANTED. The letters were filed at a time that they could not be used in a pending proceeding in this Court, and the Government disclaimed any intention to use the letters on appeal (if it could even do so given the time of their filing). Accordingly (and for the reasons set forth in the motion), the Court concludes that the letters do not properly belong on the docket. The Court therefore orders the Clerk to STRIKE the letters.

2. Defendant's letter-motion for entry of a writ clarifying the nature of his conviction is DENIED. Defendant says that he seeks this relief based upon descriptions of his conviction in decisions issued by the United States Court of

Appeals for the Sixth Circuit.  This Court does not clarify statements by the Sixth Circuit.  Moreover, Defendant has not shown any compelling need for clarification, nor has he persuaded the Court that a motion under the All Writs Act is the appropriate vehicle for seeking clarification of the nature of his conviction.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 24, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 24, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
