IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
           Plaintiff

Crim. Case No: 92-CR-81058-21

V.S.

RONALD HUNTER,
           Defendant.
_____/

**MOTION TO WITHDRAW MOTION PURSUANT TO THE FIRST STEP ACT OF 2018 AS TO SECTION 404(a)-(c), FOR A REDUCED SENTENCE**

    **COMES NOW**, Ronald Hunter, proceeding PRO SE in the above captioned-matter. Mr. Hunter invokes the legal doctrine as prescribed under **Franklin v. Rose**, 765 F.2d. 84-85 (6th Cir. 1985) "Pro se motions are to be liberally construed and held to less stringent standards than formal pleadings drafted by lawyers", in the instant proceedings. Mr. Hunter respectfully moves this Honorable Court to withdraw his "Motion Pursuant to the First Step Act of 2018 as to Section 404(a)-(c), for s Reduced Sentence" **Without Prejudice** due to personal matters regarding the said motion for reduced sentence.

    Respectfully submitted on this 27 day of JANUARY 2023.

                                                  /s/ Ronald Hunter
                                                 Ronald Hunter
                                                 PRO SE REPRESENTATION

FILED FEB -1 2023 CLERK'S OFFICE DETROIT

## Certificate of Service

I hereby certify that a true and complete copy of the foregoing motion for withdrawal was mailed and filed on January 27, 2023 when placed in the prison institution legal mail box by staff. A copy has been mailed to:

U.S. Attorney's Office
211 W. Fort Street
Suite 200
Detroit, Mich. 48226


/s/ Ronald Hunter
Ronald Hunter
Reg. No. 22594-039
USP Leavenworth
P.O. Box 1000
Leavenworth, KS 66048

RONALD HUNTER #32594-039
UNITED STATES PENITENTIARY LEAVENWORTH
P.O. BOX-1000
LEAVENWORTH, KS 66048

KANSAS CITY 640
27 JAN 2023 PM 5 L

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
231 WEST LAFAYETTE BLVD ROOM-564
DETROIT, MICHIGAN 48226

48226-271639



RECEIVED
JAN 27 2023

\* LEGAL MAIL \*

P.O. Box 1000
Leavenworth, KS 66048

Date_____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem which facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee please return the enclosure to the above address.