UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D21, RONALD HUNTER,

    Defendant.

Case No. 92-cr-81058-21
Hon. Matthew F. Leitman

_____/

### ORDER (1) GRANTING DEFENDANT'S MOTION TO WITHDRAW (ECF No. 1043) AND (2) TERMINATING DEFENDANT'S MOTION TO REDUCE SENTENCE WITHOUT PREJUDICE (ECF No. 1039)

On September 15, 2022, Defendant Ronald Hunter filed a Motion to Reduce Sentence (ECF No. 1039). On February 1, 2023, Defendant filed a Motion to Withdraw his motion to reduce sentence (ECF No. 1043). The Court GRANTS Hunter's motion to withdraw and will terminate the motion to reduce sentence without prejudice.

    IT IS SO ORDERED.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: February 9, 2023

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 9, 2023, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan  
                                        Case Manager  
                                        (313) 234-5126